# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 0 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
_____
CLERK

### CRIMINAL COMPLAINT

**UNITED STATES OF AMERICA**

v.

**TALAL ALI CHAMMOUT**

*(Name and address of Defendant)*

CASE NUMBER: 06 MJ 00309 UO

(If search warrant is issued regarding this complaint, indicate above the case number assigned.)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about <u>December 7, 2006</u> in <u>Tulare</u> County, in the <u>Eastern</u> District of <u>California</u>, defendant(s) did, *(Track Statutory Language of Offense)*

Possess firearms which have been shipped or transported in interstate commerce, after having been convicted of a crime punishable by a term of imprisonment exceeding one year,

in violation of Title <u>18</u> , United States Code, Section(s) 922(g), with a maximum penalty of <u>years and/or a fine of $250,000.</u>

I further state that I am a(n) <u>Special Agent of the Federal Bureau of Investigation</u> and that this complaint is based on the following facts:          *(Official Title)*

### See attached Affidavit

Continued on the attached sheet and made a part hereof:   **X** Yes   ___ No

_____
*Signature of Complainant*
**SONNY SANTIAGO**

Sworn to before me and subscribed in my presence,

<u>DECEMBER 8, 2006</u>          at   <u>Fresno, California</u>
*(Date)*                                        *(City and State)*

*Lawrence J O'Neill, U.S. Mag Judge*          _____
*(Name & Title of Judicial Officer)*          *(Signature of Judicial Officer)*
*LAWRENCE J. O'NEILL, U.S. MAGISTRATE JUDGE*

AFFIDAVIT

I Sonny Santiago do declare and state as follows:

I am a Special Agent of the Federal Bureau of Investigation assigned to the Joint Terrorism Task force in Fresno, California. On December 7, 2006, a Cooperating Witness (CW) met with the defendant, TALAL ALI CHAMMOUT. Pursuant to a previous arrangement with the defendant, the CW had in his possession 20 Beretta semi-automatic pistols which the defendant was told had been stolen from the United States military. The defendant indicated that he would purchase five of the pistols, and gave the CW $1,000 in exchange for the firearms. All five firearms had traveled in interstate or foreign commerce, having been manufactured outside the state of California.

Following the purchase of the firearms and the defendant's arrest therefor, search warrants were executed at the defendant's place of business and at two residences under his control. At his business, located at 943 West Westfield Avenue, in Porterville, California, law enforcement agents located approximately 40 additional firearms, including AK 47 assault weapons and a TEC 9 pistol.

According to court records, CHAMMOUT suffered a felony conviction on or about June 27, 1995, in the Superior Court of California, for the County of Tulare, for Assault with Force likely to Produce Great Bodily Injury, in violation of California Penal Code Section 245(a)(1) (case number 35976), an offense punishable by imprisonment for more than one year.

This I declare under penalty of perjury.

SONNY SANTIAGO
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 8th Day of December, 2006.

LAWRENCE J. O'NEILL
United States Magistrate Judge