AO 458 (Rev. 10/95) Appearance



**FILED**

DEC 1 5 2006

## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

**APPEARANCE**

Case Number: _1:06 MJ 00309_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_TALAL    CHAMMOUT_

(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: _12-15-06_

Signature _____

Print Name _Roger Nuttall_

State Bar Number _42500_

Address _2445 Capitol St. #150_

City _Fresno, CA_    Zip Code _93721_

Phone Number _(559) 233-2900_

E-Mail Address _Roger @ cammynation.com_

☐ Appointed
☒ Retained